**STATE of Missouri, Respondent,**

v.

**Milton TAYLOR, Appellant.**

**No. WD 43510.**

Missouri Court of Appeals,
Western District.

May 14, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1991.

Application to Transfer Denied
Sept. 10, 1991.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

PER CURIAM.

ORDER

Appeal from conviction, following a jury trial, for sale of cocaine, a Schedule II substance.

Judgment affirmed. Rule 30.25(b).